# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A Rubbermaid plastic storage tub, dark blue in color,<br>labeled "games" with blue painter's tape that was given<br>to the FBI by S.H. | )<br>)<br>)  Case No. MJ 14-453<br>)<br>)<br>) |

**FILED** **LODGED** **ENTERED** **RECEIVED**
NOV 14 2014
CLERK U.S. DISTRICT COURT AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____11-28-14____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Brian A. Tsuchida_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11-14-14  9:02 am__                    _____
                                                                *Judge's signature*

City and state:  Seattle, Washington                            Brian A. Tsuchida, United States Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 9:30 am 11/14/14 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: AUSA Justin Arnold | | |
| Inventory of the property taken and name of any person(s) seized: Plastic tub and documents concerning Jeffrey Knutson and his investment business. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 11-14-14

Date: 11/14/14

_____
Executing officer's signature

ANDREW P. WEATHERS   SPECIAL AGENT
Printed name and title